| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | ISP | city | District | Province |
|---|---|---|---|---|---|---|---|
| 1 | 24.99.32.203 | BitTorrent 7.6.1 | 04/03/2013 12:06:26 AM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 2 | 24.126.151.62 | µTorrent 3.2.0 | 04/05/2013 03:55:13 AM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 3 | 98.242.73.20 | Transmission 2.71 | 04/08/2013 09:20:43 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 4 | 66.56.34.121 | BitTorrent 7.7.3 | 03/27/2013 10:49:06 PM | Comcast Cable | Lithonia | Georgia Northern | DeKalb |
| 5 | 76.20.193.101 | µTorrent 3.2.3 | 03/23/2013 05:46:43 PM | Comcast Cable | Cumming | Georgia Northern | Forsyth |
| 6 | 98.251.60.147 | Vuze 4.9.0.0 | 03/22/2013 11:58:04 PM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 7 | 173.234.217.79 | BitTorrent 7.7.0 | 02/27/2013 01:37:53 AM | Nobis Tech Group | Atlanta | Georgia Northern | DeKalb |
| 8 | 65.50.78.136 | µTorrent 3.3.0 | 02/23/2013 06:26:56 PM | DirecPath, LLC | Loganville | Georgia Northern | Gwinnett |
| 9 | 71.56.6.23 | µTorrent 3.2.3 | 02/20/2013 11:21:27 PM | Comcast Cable | Riverdale | Georgia Northern | Clayton |
| 10 | 68.184.137.72 | µTorrent 3.2.3 | 02/17/2013 02:01:53 AM | Charter Comm, | Mcdonough | Georgia Northern | Henry |
| 11 | 71.204.10.215 | Vuze 4.5.0.4 | 02/16/2013 05:41:40 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 12 | 98.192.61.25 | Vuze 4.8.1.2 | 02/13/2013 11:05:35 PM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 13 | 174.49.102.240 | µTorrent 3.2.3 | 02/12/2013 01:47:55 AM | Comcast Cable | Jonesboro | Georgia Northern | Clayton |
| 14 | 70.193.130.230 | -BA3300- | 02/10/2013 01:58:42 AM | Verizon Wireless | Atlanta | Georgia Northern | DeKalb |
| 15 | 76.17.33.146 | BitComet 1.32 | 02/07/2013 04:59:31 PM | Comcast Cable | Lawrenceville | Georgia Northern | Gwinnett |
| 16 | 76.97.0.254 | µTorrent 3.2.2 | 02/04/2013 04:49:33 AM | Comcast Cable | Lithonia | Georgia Northern | DeKalb |
| 17 | 71.56.71.53 | Transmission 2.76 | 01/29/2013 12:03:12 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 18 | 76.97.213.49 | Vuze 4.5.0.4 | 01/28/2013 07:01:30 PM | Comcast Cable | Conyers | Georgia Northern | Rockdale |
| 19 | 67.166.239.115 | µTorrent 3.2.0 | 01/26/2013 10:41:51 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 20 | 24.99.139.92 | µTorrent 3.2.1 | 01/24/2013 10:02:19 PM | Comcast Cable | Ellenwood | Georgia Northern | Clayton |
| 21 | 66.56.57.33 | Vuze 4.5.0.4 | 01/23/2013 05:57:01 AM | Comcast Cable | Duluth | Georgia Northern | Gwinnett |
| 22 | 74.39.207.201 | Vuze 4.8.0.0 | 01/22/2013 05:05:16 PM | Frontier Comm. | Loganville | Georgia Northern | Gwinnett |
| 23 | 24.99.125.57 | BitTorrent 7.7.3 | 01/21/2013 10:31:18 PM | Comcast Cable | Lithia Springs | Georgia Northern | Douglas |
| 24 | 24.30.85.225 | BitTorrent 7.0.1 | 01/17/2013 02:07:41 AM | Comcast Cable | Kennesaw | Georgia Northern | Cobb |
| 25 | 173.165.167.242 | Transmission 2.71 | 01/16/2013 03:27:06 PM | Comcast Bus. Cor | Marietta | Georgia Northern | Cobb |
| 26 | 174.33.235.25 | Transmission 2.51 | 01/13/2013 07:04:02 AM | Hughes Network | Newnan | Georgia Northern | Coweta |
| 27 | 174.33.235.21 | Transmission 2.51 | 01/12/2013 05:35:56 PM | Hughes Network | Newnan | Georgia Northern | Coweta |
| 28 | 67.191.180.66 | µTorrent 3.1.3 | 01/11/2013 02:15:00 AM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 29 | 76.97.152.181 | µTorrent 3.2.3 | 01/10/2013 10:22:37 PM | Comcast Cable | Cumming | Georgia Northern | Forsyth |